UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:07-298-KKC

BOBBY SIMPSON,                                                                    PLAINTIFF

v.                                    **OPINION AND ORDER**

MICHAEL J. ASTRUE,
Commissioner of Social Security,                                      DEFENDANT

* * * * * * * *

This matter is before the Court on Plaintiff Bobby Simpson's Motion for Summary

Judgment [R. 10], Defendant Commissioner Astrue's Motion for Summary Judgment [R. 11],

and the Report and Recommendation of the Magistrate Judge [R. 13].

Plaintiff brought this action under 42 U.S.C. § 405(g) to challenge Defendant's final

decision to deny Plaintiff's application for Supplemental Security Income. Consistent with local

practice, this matter was referred to the United States Magistrate Judge for consideration

pursuant to 28 U.S.C. § 636(b). On April 16, 2008, the Magistrate Judge filed his Report and

Recommendation. The Magistrate Judge found that Plaintiff's argument is not supported by

objective evidence and that substantial evidence supports the Administrative Law Judge's

decision that Plaintiff is not disabled. As such, the Magistrate Judge recommended that

Defendant's Motion for Summary Judgment be granted and Plaintiff's Motion for Summary

Judgment be denied.

Neither party filed objections to the Magistrate Judge's Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate

Judge's Report and Recommendation to which objection is made, see 28 U.S.C. § 636(b)(1)(C),

"[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's Report and Recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** that:

(1)     The Defendant's Motion for Summary Judgment is **GRANTED**;

(2)     The Plaintiff's Motion for Summary Judgment is **DENIED**;

(3)     The Magistrate Judge's Report and Recommendation is **ADOPTED** as the Opinion of this Court; and

(4)     Judgment in favor of the Defendant will be entered contemporaneously herewith.

Dated this 15th day of May, 2008.

Signed By:

*Karen K. Caldwell*

**United States District Judge**